THOMAS A. DONOHUE, Respondent, *v.* AMERICAN BRIDGE COMPANY OF NEW YORK, Appellant.

*Donohue* v. *American Bridge Co.*, 111 App. Div. 908, affirmed.
(Argued December 3, 1906; decided December 18, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 6, 1906, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been received through defendant's neglegence.

*Charles E. Snyder* for appellant.

*William S. Jenney* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.